## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 6-17-2010 |
| NAME OF SERVER (PRINT) Anthony MAZZELLA | TITLE Process Server # 1342980 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Oberlander Planning Trust c/o Nathan Oberlander, Trustee, 1053 50th St., Brooklyn, NY 11219

☐ Name of person with whom the summons and complaint were left: Spouse - Gitty Oberlander, Accepted.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/21/2010
                   Date

Signature of Server: Anthony Mazzella #1342980

Address of Server: 2744 Hylan Blvd, Staten Island NY 10306