UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY | : <br> :      CIVIL 10-1902 <br> : <br> :      HON. WILLIAM H. WALLS |
| V. | : <br> : |
| OBERLANDER PLANNING TRUST, et al | : <br> : |

NOTICE OF CALL FOR DISMISSAL
PURSUANT TO LOCAL RULE 41.1(a)

    PLEASE TAKE NOTICE that the complaint in the above-captioned matter, having been pending for more than 120 days without any proceeding having been taken therein, will be dismissed on March 4, 2011 at 10:00 a.m., unless good cause is shown with the filing of an affidavit before the return date.  If said affidavit has not been filed before the return date, counsel are required to appear before the Court, to show good cause in writing why this action should not be dismissed for lack of prosecution.

                              WILLIAM T. WALSH,  CLERK

                              By
                              S/ Loretta Minott
                              Loretta Minott, Deputy Clerk

February 10, 2011

Case 2:10-cv-01902-WHW -CCC   Document 14   Filed 02/10/11   Page 2 of 2 PageID: 89