UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

AMERICAN GENERAL LIFE INSURANCE
COMPANY,

        Plaintiff,

v.

OBERLANDER PLANNING TRUST,
by and through its trustee, NATHAN
OBERLANDER,

        Defendant.

:
:
:
:
:
:
:
: Case No.: 2:10-cv-01902-WHW -CCC
:
:
:
:
:
:

---

## CERTIFICATE OF SERVICE

    I, Christopher Raleigh, hereby affirm that on the 1st day of March, 2011, I caused Plaintiff's

Motion for Default Judgment to be served upon the Clerk via the ECF system, and served via first class

mail upon the following:

        Nathan Oberlander
        1053 50th Street
        Brooklyn, NY  11219

        COZEN O'CONNOR

        By: _____
            Christopher Raleigh

NEWYORK_DOWNTOWN\2339432\1  270497.000