```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

AMERICAN GENERAL LIFE            :
INSURANCE COMPANY                :
       (Plaintiff)           :
                              :      Civil 10-1902 (WHW)
       v.                     :
                              :            ORDER
OBERLANDER PLANNING TRUST,       :
et al                            :
       (Defendant)           :

    It appearing that a notice of call for dismissal pursuant to Rule 41.1(a) has been filed and the Court having received an affidavit from the plaintiff,

    It is on this 7th day of March 2011,

    O R D E R E D  that the notice of call for dismissal be withdrawn.

                                                    S/ William H. Walls
                                                    _____
                                                    WILLIAM H. WALLS
                                                    United States District Judge