## UNITED STATES DISTRICT COURT

District of New Jersey

Chambers of
**William H. Walls**
Senior District Judge
_____

(973) 645-2564
(973) 645-3436 Fax

Martin Luther King Jr.
Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

June 7, 2011

Kevin M. Haas, Esq.
Cozen O'Connor
45 Broadway Atrium, Suite 1600
New York, NY 10006
Attorneys for Plaintiffs

*Via ECF*

Re: *American General Life Ins. Co. v. Oberlander Planning Trust*, Civ. No. 10-01902 (WHW)

Dear Counsel:

The Court has received American General Life Insurance Company's default judgment motion. American General has 15 days from the date of this letter to show why this case should not be transferred or dismissed for improper venue, 28 U.S.C. § 1391, or lack of personal jurisdiction or both. Any defense response is due 10 days from the date of any filing by the plaintiff.

Sincerely,
**/s/William H. Walls**
United States Senior District Judge